THE PEOPLE OF THE. STATE OF NEW YORK, Respondent, v. THOMAS SCUPINO, Appellant.— Judgment of conviction and orders unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GASTON & COMPANY, INC., Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. DENNIS RYAN, Respondent, v. AMERICAN BRIDGE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

CHARLES F. SPARKS, Respondent, v. HAZEL E. COATS, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements as of one motion.

Before STATE INDUSTRIAL BOARD, Respondent. R. RAINES, Respondent, v. ART METAL CONSTRUCTION COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence that the injury for which a schedule award has been made is permanent. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY E. STEINKIRCHNER and Others, Respondents, v. HUBBARD, ELDRIDGE & MILLER and Another, Appellants. — Award reversed and claim dismissed, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY D. SULLIVAN, Respondent, v. MORGAN STEAM LAUNDRY COMPANY and Another, Appellants.— Award reversed and claim dismissed, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE SHEEHAN and Another, Respondents, v. THE CITY OF NEW YORK (Department of Street Cleaning), Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PETER SPRAGUE, Respondent, v. JOBSON-GIFFORD COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that on conflicting evidence a schedule award has been made for a permanent partial disability without a finding that such disability is permanent. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HELEN SOBEL, Respondent, v. LOUIS ADELSON and Others, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, for further proof that the disability of the claimant continued during the entire period of the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH SALVATO, Respondent, v. JAMES J. O'BRIEN, JR., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board for the purpose of having the Board make a finding whether or not the refusal of the claimant to be operated upon was reasonable. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK SERRADELLA, Respondent, v. E. W. BLISS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD ST. ONGE, Respond-